UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-12-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| TIMOTHY A. DEVINE | ) | |
| | ) | |

Upon defendant's motion to seal [DE 153], the Court finds good cause has been shown to ALLOW defendant's motion; It is hereby Ordered that [DE 153] be Sealed and remain sealed until such time as the Court may direct [DE 153] be unsealed.

So Ordered, this the 1st day of February, 2017.

James C. Dever III
Chief United States District Judge